# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br>v.<br>CHS TX, INC., d/b/a YESCARE<br>7240 Parkway Drive<br>Suite 350<br>Hanover, Maryland 21076<br>*Defendant(s)* | Civil Action No. 8:23-cv-1481- TJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    CHS TX, INC., d/b/a YESCARE
      SERVE:
    The Corporation Trust, Inc.
    2405 York Road
    Suite 201
    Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-1481

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

                               *Server's signature*

                               *Printed name and title*

                               *Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br>v.<br><br>YESCARE<br>205 Powell Place, Suite 104<br>Brentwood, TN 37027<br><br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br> Civil Action No. 8:23-cv-1481- TJS |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*
    YESCARE
      SERVE:
    The Corporation Trust, Inc.
    2405 York Road
    Suite 201
    Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:23-cv-1481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br>v.<br>CHS TX, INC.<br>7240 Parkway Drive<br>Suite 350<br>Hanover, Maryland 21076<br>*Defendant(s)* | Civil Action No. 8:23-cv-1481 - TJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*

    CHS TX, INC.
       SERVE:
    The Corporation Trust, Inc.
    2405 York Road
    Suite 201
    Lutherville Timonium, MD 21093-2264

    A lawsuit has been filed against you.

    Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

    If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:23-cv-1481

# PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❒ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❒ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❒ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❒ I returned the summons unexecuted because _____ ; or

❒ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the

District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br>v.<br>CORIZON HEALTH of MARYLAND, LLC<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-1481 - TJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    CORIZON HEALTH of MARYLAND, LLC
      SERVE:
    The Corporation Trust, Inc.
    2405 York Road
    Suite 201
    Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

                        *Signature of Clerk or Deputy Clerk*

Civil Action No. 8:23-cv-1481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*



My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br>v.<br>CORIZON HEALTH, INC.<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-1481 - TJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
> CORIZON HEALTH, INC.
>   SERVE:
> The Corporation Trust, Inc.
> 2405 York Road
> Suite 201
> Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

> Benjamin S. Vaughan, Esq.
> 204 Monroe Street, Suite 101
> Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:23-cv-1481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

*Server's signature*

*Printed name and title*

*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT

for the

District of Maryland

| | ) |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794 | )<br>)<br>)<br>) |
| *Plaintiff(s)* | ) |
| v. | ) Civil Action No. 8:23-cv-1481 - TJS |
| CORIZON HEALTH<br>5353 House of Corrections Road<br>Jessup, Maryland 20794 | )<br>)<br>)<br>) |
| *Defendant(s)* | ) |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    CORIZON HEALTH
      SERVE:
    The Corporation Trust, Inc.
    2405 York Road
    Suite 201
    Lutherville Timonium, MD 21093-2264

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:
    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 8:23-cv-1481

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____
was received by me on *(date)* _____ .

☐ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc:

# UNITED STATES DISTRICT COURT
for the
District of Maryland

| | |
|---|---|
| CHARLES L. POLLARD<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Plaintiff(s)*<br><br>v.<br><br>VIVIEN DORSEY, M.D.<br>5353 House of Corrections Road<br>Jessup, Maryland 20794<br><br>*Defendant(s)* | Civil Action No. 8:23-cv-1481 - TJS |

**SUMMONS IN A CIVIL ACTION**

To: *(Defendant's name and address)*
    VIVIEN DORSEY, M.D.
    5353 House of Corrections Road
    Jessup, Maryland 20794

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

    Benjamin S. Vaughan, Esq.
    204 Monroe Street, Suite 101
    Rockville, Maryland 20850

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

*CLERK OF COURT*

Date: 06/06/2023

*Signature of Clerk or Deputy Clerk*

Civil Action No. 8:23-cv-1481

# PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* _____

was received by me on *(date)* _____ .

❏ I personally served the summons on the individual at *(place)* _____
_____ on *(date)* _____ ; or

❏ I left the summons at the individual's residence or usual place of abode with *(name)* _____
_____ , a person of suitable age and discretion who resides there,
on *(date)* _____ , and mailed a copy to the individual's last known address; or

❏ I served the summons on *(name of individual)* _____ , who is
designated by law to accept service of process on behalf of *(name of organization)* _____
_____ on *(date)* _____ ; or

❏ I returned the summons unexecuted because _____ ; or

❏ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00 .

I declare under penalty of perjury that this information is true.

Date: _____

_____
*Server's signature*

_____
*Printed name and title*

_____
*Server's address*

Additional information regarding attempted service, etc: