# EXHIBIT "A-1"



CORIZON
HEALTH®

MARYLAND

## CERTIFICATION OF RECORDS

I, _____Tonya Jackson_____, hereby certify that:
    **(Medical Records Supervisor/Clerk Name)**

(1)    I am the Custodian of Records of, or am otherwise qualified to administer the records for:

    Facility Name:               JCI

    Facility Address:           P O BOX 534

                                    Jessup MD 20794

    Department Phone#:        (410) 799-6100 ex 2845

(2)    The attached health records for inmate

    _____Pollard, Charles_____                241320
    **Inmate's Last, First Name**                **SID/DOC/FEDERAL #**

(a)  Is a true and correct copy of documents that were made at or near the time of the occurrence of these matters set forth, by or from the information transmitted by, a person with knowledge of these matters; and

(b)  Were kept in the course of the regularly conducted business activity and maintained in the normal course of business; and

(c)  **"We utilize an Electronic Health Record for care of our patients. Not all documents print. If you are missing anything that pertains to the care of this patient, please contact Medical Records directly at the number listed above."**

I declare under penalty of perjury that the foregoing is true and correct.

_____        9/20/21
Signature                                 Date

## OFFICE OF INMATE HEALTH SERVICES

**SITE:  JCI**
**COMPLETED BY:  Motunrayo O. Adegorusi, NP   03/03/2019 10:55 AM**

---

**PATIENT:**              CHARLES POLLARD
**DATE OF BIRTH:**        ███████████
**DATE:**                 03/03/2019 10:55 AM
**VISIT TYPE:**           Provider Chronic Care Visit

---

#### Reason(s) for visit

1. **Cardiovascular**   Patient is a 59 Y/O AAM with a history of HTN, b/p today is at goal 128/81mmHG. Patient denies any chest pa or SOB. Heart rate is regular, lungs clear bilaterally to auscultation, respiration even and unlabored. +bowel sounds in all 4 quads of abdomen, abdomen is soft and non distended. Patient denies difficulties with bowel and bladder. Patient's meds renewed and importance of ensuring he keeps up with his chronic care appointments discussed.Most recent labs reviewed with patient,  F/U labs and appointment.Patient reassured.

#### Chronic Problems
Hyperlipidemia NEC/NOS
Hypertension, benign essential

#### Past Medical History
Reviewed, no changes.

#### Family History
Reviewed, no changes.

#### Allergies:

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.
#### Review of Systems
**Constitutional:**
Negative for activity change, weakness, .

**HEENT:**
Head
Negative for headaches, .
Eyes
Negative for foreign body sensation, eye pain, scotoma, .
Ears
Negative for ear discharge, .
Nose & Sinus
Negative for decreased smell, .
Throat & Mouth
Negative for change in taste, .

**Respiratory:**

Negative for:  accelerated respirations, stridor.

1470566  POLLARD, CHARLES   ██████      1/4

**Cardiovascular:**
<u>Negative for:</u>
Chest pain (cardiac), Palpitations.

**Vascular:**
Negative for edema, pain, ulcer,

**Gastrointestinal:**
**Negative for** abdominal mass, abdominal pain, diarrhea, nausea and reflux.

**Genitourinary:**
Negative for back pain, incontinence,

**Metabolic/Endocrine:**
<u>Negative for</u>, numbness, polydipsia, polyphagia, polyuria, tremors.

**Musculoskeletal:**
**Negative for**
Back pain and Weakness.

**Hematology:**
Negative for easy bruising, cytopenias, and petechiae.

**Immunology:**
Negative for asthma, environmental allergies, 0.

<u>**Vital Signs**</u>

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|------|-------|-------|--------------|-------|-------|----------------|-----|
| 10:56 AM | | 76.0 | | 238.0 | | | 28.97 |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|------|------|-------|-----|----------|------|--------|------|-------|---------|
| 10:56 AM | 98.0 | | 128/81 | sitting | | | | 73 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|------|------|---------|------------|--------|----------|--------|--------|
| 10:56 AM | 17 | 97 | | | | | |

<u>**Physical exam**</u>
**Constitutional:**
No acute distress. Well nourished. Well developed.
**Head / Face:**
Facial features are symmetric. .
**Eyes:**
<u>Right</u>
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

<u>Left</u>
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

1470566  POLLARD, CHARLES  ███████       2/4

**Pollard MR - 000003**

**Ears:**
Right  Unremarkable to inspection.
Left  Unremarkable to inspection.

**Nose / Mouth / Throat:**
External Nose: is unremarkable.
Right Nares:  No discharge.
Left Nares:  No discharge.
Nasal Mucosa:  No mucosal abnormality.
Septum: No septal deviation or perforation.
Right Sinuses: No swelling or tenderness over right sinus.
Left Sinuses: No swelling or tenderness over the left sinus.
Right Turbinate: No right turbinate hypertrophy.
Left Turbinate: No left turbinate hypertrophy.
Adenoids: are present.
Lips/Teeth/Gums: Normal teeth and gums.
Tongue: Normal tongue.
Buccal Mucosa: Normal buccal mucosa.
Salivary Glands: are normal.
Breath Odor: No breath odor noted
**Neck / Thyroid:**
Inspection reveals symmetry.  Range of motion is supple (normal).
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  Respiratory effort is normal.


**Cardiovascular:**
Palpation | Percussion:  PMI normal.
Heart Sounds:  NL S1, NL S2.
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
JVD absent. Extremities are normal. See also extremities. No edema is present.
**Vascular:**
Pulses
Radial pulses: normal. Dorsalis pedis pulses: normal. Posterior tibial pulses: normal. Capillary refill is: less than 2 seconds.
Varicosities are absent
**Abdomen:**
Symmetric - no distention.  Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
Negative for abdominal tenderness..
Negative for liver enlargement.
Negative for spleen enlargement.
Negative for hepatojugular reflux.
Negative for ascites.
Negative for hernia.
Negative for palpable masses.
**Musculoskeletal:**
No skeletal tenderness or deformity.

**Extremities:**
Dorsalis pedis pulses: normal.
Posterior tibial pulses: normal.
No edema is present.
No ulceration present.
No calf tenderness. Varicosities are absent Homan's Sign negative.
**Neurological:**
Alert and oriented X 3. Grossly normal intellect.
Balance & Gait:  Balance and gait intact.

1470566  POLLARD, CHARLES   ████████      3/4

**Assessment/ Plan**
**Hypertension, benign essential** (401.1), Controlled.

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 03/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 12/27/2018 | 03/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 12/27/2018 | 03/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 12/27/2018 | 03/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 12/27/2018 | 03/03/2019 |
| One Daily Multivitamin | | 1 PO QD | 12/27/2018 | 03/03/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 12/27/2018 | 03/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 12/27/2018 | 03/03/2019 |
| Zetia | 10 Mg | | 12/27/2018 | 03/03/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|---|---|---|---|---|
| completed | Continue current medication | | | |
| completed | Discussed non compliance medications | | | |
| completed | Discussed risk/ benefits/ side effects of treatment | | | |
| completed | Discussed treatment of | | | |
| completed | Patient education provided and patient voiced understanding | | | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment | |
|---|---|---|---|---|---|---|
| ordered | Schedule chronic care clinic Cardiovascular | | 401.1 | | 3 Months | 03/03/2019 |

**Lab Studies**

| Status | Lab Study | Timeframe | Date | Comments |
|---|---|---|---|---|
| ordered | Basic Lipid Panel | | 06/03/2019 | Fasting |
| ordered | CBC w/Diff, Platelet Ct. | | 06/03/2019 | Fasting |
| ordered | Culture, Urine | | 06/03/2019 | Fasting |
| ordered | PSA, Serum | | 06/03/2019 | Fasting |
| ordered | Screening HgbA1C | | 06/03/2019 | Fasting |
| ordered | Urinalysis, Routine | | 06/03/2019 | Fasting |

**Provider: Motunrayo  Adegorusi, NP**

**Document generated by: Motunrayo O. Adegorusi, NP 03/03/2019 3:41 PM**

1470566  POLLARD, CHARLES  ██████      4/4

# OFFICE OF INMATE HEALTH SERVICES

**SITE: CMCF**
**COMPLETED BY: Lynda Beardsley, LPN   04/19/2019 7:01 AM**

| | |
|---|---|
| PATIENT: | CHARLES POLLARD |
| DATE OF BIRTH: | █████████ |
| DATE: | 04/19/2019 7:01 AM |
| VISIT TYPE: | Nurse Visit-scheduled |

**Reason(s) for visit**
1. REFUSED RHT 4/9/19

**Chronic Problems**
Hyperlipidemia NEC/NOS
Hypertension, benign essential

**Allergies:**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|---|---|---|---|---|
| completed | HIV education provided and test offered | | | |

**Provider: Provider  Medical**

**Document generated by: Lynda Beardsley, LPN 04/19/2019 7:02 AM**

1470566  POLLARD, CHARLES  ████████        1/1

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Umu Barry, RN   04/19/2019 1:27 PM**

| | |
|---|---|
| **PATIENT:** | CHARLES POLLARD |
| **DATE OF BIRTH:** | ███████ |
| **DATE:** | 04/19/2019 1:27 PM |
| **VISIT TYPE:** | Nurse Visit-scheduled |

**Reason(s) for visit**
**1. TB ASSESSMENT**

**Chronic Problems**
Hyperlipidemia NEC/NOS
Hypertension, benign essential

**Allergies:**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |

**Provider: Kasahun  Temesgen, MD**

**Document generated by: Umu Barry, RN 04/19/2019 1:30 PM**

Pollard MR - 000007

## OFFICE OF INMATE HEALTH SERVICES

**SITE:  JCI**
**COMPLETED BY:  Bernard Alenda, NP   05/14/2019 11:35 PM**

---

PATIENT:              CHARLES POLLARD
DATE OF BIRTH:        ███████████
DATE:                 05/14/2019 11:35 PM
VISIT TYPE:           Health Assessment

---

**Reason(s) for visit**
**1. Not seen.**  inmate was not seen for DOC physical.


**Chronic Problems**
Hyperlipidemia NEC/NOS
Hypertension, benign essential


**Allergies:**
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.


**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |


**Provider: Bernard  Alenda, NP**

**Document generated by: Bernard Alenda, NP 05/14/2019 11:37 PM**

**Pollard MR - 000008**

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Bernard Alenda, NP  05/21/2019 6:59 PM**

Patient Name : CHARLES  POLLARD
IDOC# : 241320
DOB : █████████
DATE : 05/21/2019 6:59 PM

## HEALTH ASSESSMENT

### Reason(s) for visit

1. **periodic physical exam:**  60 y.o. AAM inmate here for DOC physical. Medical problems include hyperlipidemia, hypertension, amd chronic back problems. He has a 4inc by 2ins lump on the right border of the spine. It was operated upon in 2010 but grew back up in 2012. He has had some MRIs but no further surgery. He say the lump is painful with intensity up to10/10. He has to take up to 4 tabs of Motrin 800mg daily for pain. He has taken the flun shots since 2012.

### Nursing Comments

#### Immunizations

| | |
|---|---|
| flu (split) (3 yrs or older) 0.5 mL IM | 09/20/2012 |
| flu (split) (3 yrs or older) 0.5 mL IM | 10/23/2014 |
| flu (split) (3 yrs or older) 0.5 mL IM | 11/16/2017 |
| flu (split) (3 yrs or older) 0.5 mL IM | 10/23/2018 |
| flu (split) (3 yrs or older) 0.5 mL IM | 10/14/2016 |
| flu (split) (3 yrs or older) 0.5 mL IM | 11/12/2015 |
| flu (split) (3 yrs or older) 0.5 mL IM | 10/16/2013 |

#### Family History
Yes  Diabetes

#### Social History
**Marital Status / Family / Social Support**
Currently divorced.

#### Tobacco
Patient is a non-smoker.

#### Alcohol
There is a history of alcohol use, but no current usage.   Patient quit drinking in 25.
Vodka was consumed daily – about 5 drinks daily.

POLLARD , CHARLES    █████████    1 / 4

**Pollard MR - 000009**

**Allergies**
Allergies:
Penicillins

**Review of Systems**
**Constitutional:**  No fever, fatigue, or night sweats.

**Respiratory:**  No cough, no audible wheeze, respirations are regular.

**Cardiovascular:**  No chest pain or palpitations.

**Vascular:**  Negative for claudication.

**Gastrointestinal:**  No vomiting, diarrhea, constipation, or pain.

**Genitourinary:**  No dysuria or hematuria.

**Male Reproductive:**  No penile discharge.

**Metabolic/Endocrine:**  No polyuria, polydipsia, or polyphagia.  No cold/heat intolerance.

**Neuro/Psychiatric:**  No dizziness, no emotional disturbances.

**Musculoskeletal:**  No bone/joint pain or swelling.  No weakness.

**Hematology:**  No bruising or bleeding.

**Immunology:**  No known food or environmental allergies.

**Vital Signs**

| BP | Temp F | Pulse | Resp Rate | Ht In | Wt Lb | Pain Score |
|----|--------|-------|-----------|-------|-------|------------|
| 131/86 | 98.0 | 76 | 18 | 76.0 | 237.0 | |

Comments

**Physical exam**
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Head / Face:** Normocephalic.
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Cornea is unremarkable.
PERRLA.
Iris: normal.
EOM's intact - no nystagmus.

POLLARD , CHARLES          2 / 4

**Pollard MR - 000010**

<u>Left</u>
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Cornea is unremarkable.
PERRLA.
Iris: normal.
EOM's intact - no nystagmus.

**Visual Acuity**
OS 20 / 25
OD 20 / 30
OU 20 / 20

**Ears:**
<u>Right</u> Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal reveals excess cerumen, Mastoid cavity clean to inspection. Normal tympanic membrane. Visualization method (R): otoscopy.  Hearing grossly intact.
<u>Left</u> Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal reveals excess cerumen, Mastoid cavity clean to inspection. Normal tympanic membrane. Visualization method (L): otoscopy.  Hearing grossly intact.

**Nose / Mouth / Throat:** No nasal deformity.  Mucous membranes normal.  Tongue and throat appear normal.  No mucosal lesions.
**Neck / Thyroid:** Supple, without adenopathy or enlarged thyroid.
**Lymphatic:** No palpable cervical, supraclavicular, or axillary adenopathy.
**Breast:** Normal inspection without masses or unusual tenderness.
**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.
**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.
**Vascular:** Well perfused.  Carotid, femoral, and pedal pulses are normal.
**Abdomen:** Soft, non-tender, without organomegaly or masses.
**Rectum:**
Peri-rectal area normal to inspection and palpation.  No hemorrhoids, fissures or condylomata.  Normal sphincter tone.  Muscular ring appears normal.  Rectal walls appear normal.  Deep palpation reveals normal conditions.  Stool is brown and guaiac negative.  Prostate appears normal.
Normal Seminal Vesicle.
Date of last rectal exam: 05/21/2019Comments: FOBT negative.

**Integumentary:** No impressive skin lesions are present.
**Back / Spine:** No kyphosis or scoliosis.
**Musculoskeletal:** Normal musculature.  No skeletal tenderness or joint deformity.
**Extremities:** Extremities appear normal.  No edema or cyanosis.
**Neurological:** Alert and oriented.

**Medications new, active or stopped this encounter**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Debrox | 6.5 % | 4 drops each ear BID | 05/21/2019 | 05/28/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |

POLLARD , CHARLES    �█    3 / 4

**Pollard MR - 000011**

| | | | | |
|---|---|---|---|---|
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |

## Recurring Orders

| Order | Frequency | Duration | End Date |
|---|---|---|---|
| 12 lead EKG | | 1 Day | 05/22/2019 |

## Lab Studies

| Status | Lab Study Comments | Timeframe | Date |
|---|---|---|---|
| ordered | CBC w/Diff, Platelet Ct. | | 05/21/2019 |
| ordered | COMPREHENSIVE METABOLIC | | 05/21/2019 |
| ordered | PSA, Serum | | 05/21/2019 |
| ordered | Urinalysis, Routine | | 05/21/2019 |

**Provider: Bernard  Alenda, NP**
**Document Generated by: Bernard Alenda, NP 05/21/2019 7:49 PM**

POLLARD , CHARLES ████████  4 / 4

**Pollard MR - 000012**

## OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Bernard Alenda, NP   05/21/2019 6:59 PM**

PATIENT:              CHARLES POLLARD
DATE OF BIRTH:     ▮▮▮▮▮▮▮
DATE:                 05/21/2019 6:59 PM
VISIT TYPE:          Health Assessment

<u>Reason(s) for visit</u>
1. **periodic physical exam:**  60 y.o. AAM inmate here for DOC physical. Medical problems include hyperlipidemia, hypertension, amd chronic back problems. He has a 4inc by 2ins lump on the right border of the spine. It was operated upon in 2010 but grew back up in 2012. He has had some MRIs but no further surgery. He say the lump is painful with intensity up to10/10. He has to take up to 4 tabs of Motrin 800mg daily for pain. He has taken the flun shots since 2012.

<u>Chronic Problems</u>
Hyperlipidemia NEC/NOS
Hypertension, benign essential

<u>Social History</u>
Reviewed, no changes.

<u>Allergies:</u>

| Allergen/Ingredient | Brand | Reaction: |
| --- | --- | --- |
| Penicillins | | |

The patient is a non-smoker.
<u>Review of Systems</u>
**Constitutional:**  No fever, fatigue, or night sweats.

**Respiratory:**  No cough, no audible wheeze, respirations are regular.

**Cardiovascular:**  No chest pain or palpitations.

**Vascular:**  Negative for claudication.

**Gastrointestinal:**  No vomiting, diarrhea, constipation, or pain.

**Genitourinary:**  No dysuria or hematuria.

**Male Reproductive:**  No penile discharge.

**Metabolic/Endocrine:**  No polyuria, polydipsia, or polyphagia.  No cold/heat intolerance.

**Neuro/Psychiatric:**  No dizziness, no emotional disturbances.

**Musculoskeletal:**  No bone/joint pain or swelling.  No weakness.

**Hematology:**  No bruising or bleeding.

1470566  POLLARD, CHARLES   ▮▮▮▮▮       1/3

**Pollard MR - 000013**

**Immunology:** No known food or environmental allergies.

### Vital Signs

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 7:00 PM | | 76.0 | carried forward | 237.0 | | | 28.85 |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 7:00 PM | 98.0 | | 131/86 | sitting | | | | 76 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|---|---|---|---|---|---|---|---|
| 7:00 PM | 18 | 98 | | | | | |

### Visual Acuity
OS 20 / 25
OD 20 / 30
OU 20 / 20

### Physical exam
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Head / Face:** Normocephalic.
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Cornea is unremarkable.
PERRLA.
Iris: normal.
EOM's intact - no nystagmus.

Left
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.
Cornea is unremarkable.
PERRLA.
Iris: normal.
EOM's intact - no nystagmus.

### Visual Acuity
OS 20 / 25
OD 20 / 30
OU 20 / 20

**Ears:**
Right  Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal reveals excess cerumen, Mastoid cavity clean to inspection. Normal tympanic membrane. Visualization method (R): otoscopy.  Hearing grossly intact.
Left  Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal reveals excess cerumen, Mastoid cavity clean to inspection. Normal tympanic membrane. Visualization method (L): otoscopy.  Hearing grossly intact.

**Nose / Mouth / Throat:** No nasal deformity.  Mucous membranes normal.  Tongue and throat appear normal.  No

1470566  POLLARD, CHARLES  ███████        2/3

mucosal lesions.
**Neck / Thyroid:** Supple, without adenopathy or enlarged thyroid.
**Lymphatic:** No palpable cervical, supraclavicular, or axillary adenopathy.
**Breast:** Normal inspection without masses or unusual tenderness.
**Respiratory:** Normal to inspection. Lungs clear to auscultation and percussion.
**Cardiovascular:** Regular rhythm. No murmurs, gallops, or rubs.
**Vascular:** Well perfused. Carotid, femoral, and pedal pulses are normal.
**Abdomen:** Soft, non-tender, without organomegaly or masses.
**Rectum:**
Peri-rectal area normal to inspection and palpation. No hemorrhoids, fissures or condylomata. Normal sphincter tone. Muscular ring appears normal. Rectal walls appear normal. Deep palpation reveals normal conditions.
Stool is brown and guaiac negative. Prostate appears normal.
Normal Seminal Vesicle.
Date of last rectal exam: 05/21/2019Comments: FOBT negative.

**Integumentary:** No impressive skin lesions are present.
**Back / Spine:** No kyphosis or scoliosis.
**Musculoskeletal:** Normal musculature. No skeletal tenderness or joint deformity.
**Extremities:** Extremities appear normal. No edema or cyanosis.
**Neurological:** Alert and oriented.

**Assessment/ Plan**
**Examination NOS** (V72.9), Current (Active).

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Debrox | 6.5 % | 4 drops each ear BID | 05/21/2019 | 05/28/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|---|---|---|---|---|
| completed | Labs: CBC, CMP, PSA UA. and 12 lead EKG | | | |
| completed | Patient education provided and patient voiced understanding | | | |
| completed | Patient was reassured | | | |
| completed | Take new medication as prescribed | | | |

**Recurring Orders**

| Order | Frequency | Duration | End Date |
|---|---|---|---|
| 12 lead EKG | | 1 Day | 05/22/2019 |

**Lab Studies**

| Status | Lab Study | Timeframe | Date | Comments |
|---|---|---|---|---|
| ordered | CBC w/Diff, Platelet Ct. | | 05/21/2019 | |
| ordered | COMPREHENSIVE METABOLIC | | 05/21/2019 | |
| ordered | PSA, Serum | | 05/21/2019 | |
| ordered | Urinalysis, Routine | | 05/21/2019 | |

**Provider: Bernard  Alenda, NP**

**Document generated by: Bernard Alenda, NP 05/21/2019 7:51 PM**

1470566  POLLARD, CHARLES            3/3

**Pollard MR - 000015**

## OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Sade A. Plumpter, RN   06/10/2019 7:45 PM**

PATIENT:             CHARLES POLLARD
DATE OF BIRTH:       ▮▮▮▮▮▮▮▮
DATE:                June 10, 2019
VISIT TYPE:          Nurse Sick Call - Scheduled

**Reason(s) for visit**
**1. NPO NOTIFICATION**

-

**Nursing Comments**
Inmate alert and oriented times three. Inmate ibnstructed not to eat or drink after midnight for lab drawn scheduled for 6/11/19 and inmate verbalized understanding..

**Height and Weight**

**Vitals**

**Allergies**
Allergen/Ingredient              Brand                          Reaction:
Penicillins

**Document generated by: Sade A. Plumpter, RN  06/10/2019 7:47 PM**

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Electa A. Awanga, NP   06/19/2019 5:34 PM**

---

| | |
|---|---|
| **PATIENT:** | CHARLES POLLARD |
| **DATE OF BIRTH:** | ███████ |
| **DATE:** | 06/19/2019 5:34 PM |
| **VISIT TYPE:** | Provider Sick Call |

---

### Reason(s) for visit

1. **Back Pain:** 60 y/o male presents to medical on a sick call visit . He is complaining about pain to his back s/p surgery in 2010 when a lump was removed. He reports that the lump has grown out again.
On assessment, a huge lump was noted on patient's back.
A: Chronic back Pain
P: Refere to Chronic care doctor.
   Mobic PO BID

### Chronic Problems
Hyperlipidemia NEC/NOS
Hypertension, benign essential

### Allergies:

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.
### Review of Systems
**Constitutional:** No fever, fatigue, or night sweats.

**Respiratory:** No cough, no audible wheeze, respirations are regular.

**Cardiovascular:** No chest pain or palpitations.

**Musculoskeletal:**
**Positive for**
Back pain
1. Lumbosacral spine pain is described as moderate and aching., and has been present for 1 year(s). , it is exacerbated by exercises, it is improved by NSAIDs.

### Vital Signs

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 5:34 PM | | | | 236.0 | | | |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 5:34 PM | 97.6 | | 137/80 | | | | | 82 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|---|---|---|---|---|---|---|---|
| 5:34 PM | 18 | 96 | | | | | |

### Physical exam

1470566 POLLARD, CHARLES   ███████   1/2

**Pollard MR - 000017**

**Constitutional:** No apparent distress. Well nourished and well developed.
**Respiratory:**
Chest can be described as symmetric. Lungs clear to auscultation. Normal palpation. Lungs clear to percussion. There is no chest wall tenderness. There is no cough. Respiratory effort is normal.


**Cardiovascular:**
Palpation | Percussion:  PMI normal.
Heart Sounds:  NL S1, NL S2.
Rate and Rhythm:  Heart rate is regular rate. Rhythm is regular.
JVD absent. Extremities are normal.
**Musculoskeletal:** Normal musculature. No skeletal tenderness or joint deformity.
**Extremities:** Extremities appear normal. No edema or cyanosis.
**Neurological:** Alert and oriented.


**Assessment/ Plan**
**Back Disorder Nec & Nos** (724), Chronic.

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Mobic | 7.5 Mg | Tab 1 PO QD | 06/19/2019 | 07/20/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/03/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/03/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/03/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/03/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/03/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|---|---|---|---|---|
| completed | Patient education provided and patient voiced understanding | | | |
| completed | Patient was reassured | | | |
| completed | Take new medication as prescribed | | | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | Follow up if condition worsens or no improvement within 7 days 06/20/2019 | | | | 724 |


**Provider: Electa  Awanga, NP**

**Document generated by: Electa A. Awanga, NP 06/20/2019 5:40 PM**

1470566  POLLARD, CHARLES  ███████        2/2

**Pollard MR - 000018**

# CONSULTATION

**SITE: JCI**
**COMPLETED BY: Motunrayo O. Adegorusi, NP        07/02/2019 10:31 AM**

**Patient: CHARLES  POLLARD   ID#: 241320 DOB:** ▮▮▮▮▮▮

Off-site                                                                      Reference #:
        Date of Request: 07/02/2019 10:31 AM
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

*For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.*

---

**Procedure/Test Requested:** Evaluation of Right back herniation

**Specialty Service Requested:** General surgery

**Presumed Diagnosis:**
Hypertension, benign essential                                401.1

**Signs & Symptoms:**                                         **Date of Onset:**
Patient is a 60 y/o AA male with recurrent fat herniation from retroperitonea area  s/p repeair and placement of mesh in 2010 - at Bon Secour- Dr "Abuaker ". Pt does have lower lumbar - spondylosis and degenerative diseae but pain seems to be eminating from the hernia . Pt was seen by Dr Hannah  and pt awaintig definitive treatement Pt must take  2400 mg per day of motirin for this pain and feels that it is dangerous to continue with that does .Pt prefers to resolve the fat herniation as hernaiition appears hard and immovable now. Patient will benefit from having the herniation evaluated by a general surgeon preferrably UMMS per patient.

**Site Medical Provider:** Motunrayo Adegorusi, NP          07/02/2019

**Copy this form and paste in an email and send form to designated reviewer**

---

**(For UM use only)**

**Criteria Source:  M & R        Interqual        Other**
**Criteria met:  Yes        No        Deferred**

NAME:  POLLARD, CHARLES LAMONT
NUMBER:  241320
D.O.B.: ▮▮▮▮▮▮

## CONSULTATION

**SITE:  JCI**
**COMPLETED BY:  Motunrayo O. Adegorusi, NP        07/02/2019 10:31 AM**

**Reviewer comments:**

**Recommendation for visit appointment:**

**# Visits:**

---

**UM Review #:**
**Reviewer Name:**
**Date Reviewed:**

*Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.*

NAME:  POLLARD, CHARLES LAMONT
NUMBER:  241320
D.O.B.:  ███████

**Pollard MR - 000020**

# OFFICE OF INMATE HEALTH SERVICES

**SITE:  JCI**
**COMPLETED BY:  Motunrayo O. Adegorusi, NP   03/03/2019 10:55 AM**

### NON-FORMULARY DRUG REQUEST FORM
### FAX #: 1-800-636-9752

**A new non-formulary request will be required for all expired orders.**

**FACILITY:JCI  AGE: 59 Years**

| Ht Ft | Ht In | Weight |
|-------|-------|--------|
|       | 76.0  | 238.0  |

**Inmate Name:**  POLLARD,    CHARLES  **INMATE ID#:** 241320
**(Last , First )**

Diagnosis:
Hypertension, benign essential

Allergies:
Penicillins
Current Medications:

| Name | Dose | Instructions | Stop Date |
|------|------|--------------|-----------|
| Amlodipine Besylate | 5 Mg | take one tablet by mouth daily | 07/03/2019 |
| Aspirin | 81 Mg | take one tablet by mouth daily | 07/03/2019 |
| Atorvastatin Calcium | 80 Mg | take one by mouth at bedtime | 07/03/2019 |
| Ezetimibe | 10 Mg | 1 po q day | 07/03/2019 |
| Ibuprofen | 800 Mg | | 07/03/2019 |
| Psyllium Seed | | | 07/03/2019 |
| Triamterene/hydrochlorothiazid | 75 Mg-50 Mg 07/03/2019 | | take one tablet |

**PROFILE ONLY?  ____ Yes  ____ No  (Medication will not be sent if you select YES)**

| | Drug | Mg | Sig | Number of Days | Approval |
|---|------|-----|-----|----------------|----------|
| 1 | Ezetimibe | 10mg | one po daily | 120 | Approved/Temesgen |
| 2 | Triamterene | 75mg/50 mg | One tab po daily | 120 | Approved/Temesgen |
| 3 | | | | | |

**Note: Maximum of 120 day stop date on all non-formulary drugs.**  (for approving physician only)

Was the patient on this medicaton upon arrival to the facility? Yes___ No___ [ ] Mental Health  [ ] Physical Heal

Why must this drug be used instead of one included on the formulary?

What formulary drugs have been tried?

POLLARD , CHARLES  ▆▆▆▆  1 / 2

**Pollard MR - 000021**

What was the outcome?

**Ordering Physician: Motunrayo  Adegorusi, NP        03/03/2019**

DEA#_____

**This form generated by: Motunrayo O. Adegorusi, NP**
********************************************************************************

Note:  If it is <u>imperative</u> the medication be started <u>ASAP, call the pharmacist directly,</u> in advance of sendi
**1-800-636-0501**

<u>**Please note:**</u>  **Non-formulary drugs may not be stocked in the pharmacy.**
**Therefore, there may be a delay of up to four days if this request is approved. A copy of this form  must l**
**for review.**
********************************************************************************

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Motunrayo O. Adegorusi, NP   07/02/2019 10:31 AM**

### NON-FORMULARY DRUG REQUEST FORM
### FAX #: 1-800-636-9752

**A new non-formulary request will be required for all expired orders.**

**FACILITY:JCI  AGE: 60 Years**

| Ht Ft | Ht In | Weight |
|-------|-------|--------|
|       | 76.0  | 235.0  |

**Inmate Name:**   POLLARD,   CHARLES   **INMATE ID#:** 241320
          **(Last , First )**

Diagnosis:
Hypertension, benign essential
Diabetes Mellitus

Allergies:
Penicillins

Current Medications:

| Name | Dose | Instructions | Stop Date |
|------|------|--------------|-----------|
| Amlodipine Besylate | 5 Mg | take one tablet by mouth daily | 11/02/2019 |
| Aspirin | 81 Mg | take one tablet by mouth daily | 11/02/2019 |
| Atorvastatin Calcium | 80 Mg | take one by mouth at bedtime | 11/02/2019 |
| Ezetimibe | 10 Mg | 1 po q day | 11/02/2019 |
| Ibuprofen | 800 Mg | | 11/02/2019 |
| Meloxicam | 7.5 Mg | take one tablet by mouth daily | 11/02/2019 |
| Metformin Hcl | 500 Mg | take one by mouth two times per day | 11/02/2019 |
| Psyllium Seed | | | 11/02/2019 |
| Triamterene/hydrochlorothiazid 11/02/2019 | 75 Mg-50 Mg | | take one tablet |

**PROFILE ONLY?** ____ Yes _____ No **(Medication will not be sent if you select YES)**

| | Drug | Mg | Sig | Number of Days | Approval |
|---|------|-----|-----|----------------|----------|
| 1 | Triamterene | 75mg-50mg | Take one tab po daily | 120 | Approved/Temesgen |
| 2 | Ezetimibe | 10mg | 1 tab po daily | 120 | Approved/Temesgen |
| 3 | | | | | |

**Note: Maximum of 120 day stop date on all non-formulary drugs.** (for approving physician only)

Was the patient on this medicaton upon arrival to the facility? Yes___ No___ [ ] Mental Health  [ ] Physical Heal

POLLARD , CHARLES   ███████   1 / 2

**Pollard MR - 000023**

Why must this drug be used instead of one included on the formulary?

What formulary drugs have been tried?

What was the outcome?

**Ordering Physician: Motunrayo  Adegorusi, NP      07/02/2019**

DEA#_____

**This form generated by: Motunrayo O. Adegorusi, NP**
**************************************************************************

**Note:  If it is <u>imperative</u> the medication be started <u>ASAP, call the pharmacist directly,</u> in advance of sendi**
**1-800-636-0501**

<u>**Please note:**</u>  **Non-formulary drugs may not be stocked in the pharmacy.**
**Therefore, there may be a delay of up to four days if this request is approved. A copy of this form  must l**
**for review.**
**************************************************************************

POLLARD , CHARLES  ███████  2 / 2

**Pollard MR - 000024**

# LABORATORY ORDERS

**SITE:  JCI**
**COMPLETED BY:  Motunrayo O. Adegorusi, NP          10/05/2019 10:24 AM**

# Lab Orders for:  CHARLES POLLARD
# Date:          10/05/2019 10:24 AM

| Status | Code | Lab Study | Date | Lab |
|---|---|---|---|---|
| ordered | 0009-1 | Basic Lipid Panel | 11/05/2019 | BioReference-CORIZON |
| ordered | 0053-9 | CBC w/Diff, Platelet Ct. | 11/05/2019 | BioReference-CORIZON |
| ordered | 0459-8 | Urinalysis, Routine | 11/05/2019 | BioReference-CORIZON |
| ordered | 0102-4 | Hemoglobin A1C | 11/05/2019 | BioReference-CORIZON |
| ordered | HBASC | Screening HgbA1C | 11/05/2019 | BioReference-CORIZON |
| ordered | 0190-9 | PSA, Serum | 11/05/2019 | BioReference-CORIZON |
| ordered | 0080-2 | Culture, Urine | 11/05/2019 | BioReference-CORIZON |
| ordered | 3427-2 | COMPREHENSIVE METABOLIC | 11/05/2019 | BioReference-CORIZON |
| ordered | 0153-7 | TSH, Third Generation | 11/05/2019 | BioReference-CORIZON |

NAME:  POLLARD, CHARLES  LAMC
NUMBER:  24
D.O.B.: ▇▇▇▇

**Pollard MR - 000025**

## LABORATORY ORDERS

**SITE: JCI**
**COMPLETED BY: Bernard Alenda, NP      05/21/2019 6:59 PM**

# Lab Orders for:  CHARLES POLLARD
# Date:                   05/21/2019 6:59 PM

| Status | Code | Lab Study | Date | Lab |
|--------|------|-----------|------|-----|
| ordered | 3427-2 | COMPREHENSIVE METABOLIC | 05/21/2019 | BioReference-CORIZON |
| ordered | 0459-8 | Urinalysis, Routine | 05/21/2019 | BioReference-CORIZON |
| ordered | 0190-9 | PSA, Serum | 05/21/2019 | BioReference-CORIZON |
| ordered | 0053-9 | CBC w/Diff, Platelet Ct. | 05/21/2019 | BioReference-CORIZON |

NAME:  POLLARD, CHARLES  LAMC
NUMBER:  24′
D.O.B.: ▇

**Pollard MR - 000026**

## LABORATORY ORDERS

**SITE:  JCI**
**COMPLETED BY:  Motunrayo O. Adegorusi, NP        03/03/2019 10:55 AM**

# Lab Orders for:  CHARLES POLLARD
# Date:               03/03/2019 10:55 AM

| Status | Code | Lab Study | Date | Lab |
|--------|------|-----------|------|-----|
| ordered | 0459-8 | Urinalysis, Routine | 06/03/2019 | BioReference-CORIZON |
| ordered | 0080-2 | Culture, Urine | 06/03/2019 | BioReference-CORIZON |
| ordered | HBASC | Screening HgbA1C | 06/03/2019 | BioReference-CORIZON |
| ordered | 0009-1 | Basic Lipid Panel | 06/03/2019 | BioReference-CORIZON |
| ordered | 0053-9 | CBC w/Diff, Platelet Ct. | 06/03/2019 | BioReference-CORIZON |
| ordered | 0190-9 | PSA, Serum | 06/03/2019 | BioReference-CORIZON |

NAME:  POLLARD, CHARLES LAM(
NUMBER:  24'
D.O.B.:

**Pollard MR - 000027**

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Motunrayo O. Adegorusi, NP   07/02/2019 10:31 AM**

---

| | |
|---|---|
| PATIENT: | CHARLES POLLARD |
| DATE OF BIRTH: | ███████ |
| DATE: | 07/02/2019 10:31 AM |
| VISIT TYPE: | Provider Chronic Care Visit |

---

**Reason(s) for visit**

1. **Cardiovascular**   Patient is a 60 Y/O AAM with a history of HTN, b/p today is at goal 122/80mmHG. Patient denies any chest pa
or SOB. Heart rate is regular, lungs clear bilaterally to auscultation, respiration even and unlabored. +bowel sounds in
all 4 quads of abdomen, abdomen is soft and non distended. Patient denies difficulties with bowel and bladder.
Patient's meds renewed and importance of ensuring he keeps up with his chronic care appointments discussed. Most
recent labs reviewed with patient,  F/U  appointment planned. Patient reassured.

Most recent A1C 6.6
DX T2DM
- Metformin
-Repeat A1C in 3 months

**Chronic Problems**
Hyperlipidemia NEC/NOS
Hypertension, benign essential

**Past Medical History**
Reviewed, no changes.

**Family History**
Reviewed, no changes.

**Allergies:**

| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.
**Review of Systems**
**Constitutional:**
Negative for activity change, weight gain, .

**HEENT:**
Head
Negative for headaches, .
Eyes
Negative for foreign body sensation, eye pain, scotoma, .
Ears
Negative for ear discharge, .
Nose & Sinus
Negative for decreased smell, .
Throat & Mouth
Negative for change in taste, .

1470566  POLLARD, CHARLES   ███████      1/4

**Pollard MR - 000028**

**Respiratory:**

Negative for: accelerated respirations, pleuritic pain, wheezing.

**Cardiovascular:**
Negative for:
Chest pain (cardiac), Dyspnea, Palpitations, Syncope.

**Vascular:**
Negative for edema, pain, ulcer,

**Gastrointestinal:**
**Negative for** abdominal mass, abdominal pain, diarrhea, nausea and reflux.

**Genitourinary:**
Negative for back pain, incontinence,

**Metabolic/Endocrine:**
Negative for, polydipsia, polyphagia, polyuria, tremors.

**Dermatologic:**
Negative for
Acne, rash, skin lesions.

**Musculoskeletal:**
**Negative for**
 Back pain and Weakness.

**Hematology:**
Negative for  easy bruising, cytopenias, and petechiae.

**Immunology:**
Negative for asthma, environmental allergies, 0.

**Vital Signs**

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|------|-------|-------|--------------|-------|-------|----------------|-----|
| 10:31 AM | | 76.0 | carried forward | 235.0 | | | 28.60 |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|------|------|-------|------|----------|------|--------|------|-------|---------|
| 10:31 AM | 98.1 | oral | 122/80 | sitting | | | | 83 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|------|------|---------|------------|--------|----------|--------|--------|
| 10:31 AM | 18 | 96 | | | | | |

**Physical exam**
**Constitutional:**
No acute distress. Well nourished. Well developed.
**Head / Face:**
Facial features are symmetric. .
**Eyes:**
Right
General eye condition is normal.
Lid/lash: normal.

1470566  POLLARD, CHARLES  ███████        2/4

**Pollard MR - 000029**

No injection.
No icterus.

<u>Left</u>
General eye condition is normal.
Lid/lash: normal.
No injection.
No icterus.

**Ears:**
<u>Right</u> Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Mastoid cavity clean to inspection. Normal tympanic membrane.
<u>Left</u> Unremarkable to inspection. External ear normal to palpation. Pinna normal to inspection. Canal normal in caliber, no excessive cerumen, no drainage. Mastoid cavity clean to inspection. Normal tympanic membrane.

**Nose / Mouth / Throat:**
<u>External Nose:</u> is unremarkable.
<u>Right Nares:</u>  No discharge.
<u>Left Nares:</u>  No discharge.
<u>Nasal Mucosa:</u>  No mucosal abnormality.
<u>Septum:</u> No septal deviation or perforation.
<u>Right Sinuses:</u> No swelling or tenderness over right sinus.
<u>Left Sinuses:</u> No swelling or tenderness over the left sinus.
<u>Right Turbinate:</u> No right turbinate hypertrophy.
<u>Left Turbinate:</u> No left turbinate hypertrophy.
<u>Adenoids:</u> are present.
<u>Lips/Teeth/Gums:</u> Normal teeth and gums.
<u>Tongue:</u> Normal tongue.
<u>Buccal Mucosa:</u> Normal buccal mucosa.
<u>Salivary Glands:</u> are normal.
<u>Breath Odor:</u> No breath odor noted
**Neck / Thyroid:**
Inspection reveals symmetry.  Range of motion is supple (normal).
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  Respiratory effort is normal.


**Cardiovascular:**
<u>Palpation | Percussion:</u>  PMI normal.
<u>Heart Sounds:</u>  NL S1, NL S2.
<u>Extra Sounds:</u>  None.
<u>Murmurs:</u>  None.
<u>Rate and Rhythm:</u>  Heart rate is regular rate.  Rhythm is regular.
JVD absent. Extremities are normal. See also extremities. No edema is present.
**Vascular:**
<u>Pulses</u>
Radial pulses: normal. Dorsalis pedis pulses: normal. Posterior tibial pulses: normal. Capillary refill is: less than 2 seconds.
Varicosities are absent
**Abdomen:**
Symmetric - no distention.  Bowel sounds present, no bruits.  Soft, nontender, no organomegaly.
Negative for abdominal tenderness..
Negative for liver enlargement.
Negative for spleen enlargement.
Negative for hepatojugular reflux.
Negative for ascites.
Negative for hernia.
Negative for palpable masses.
**Musculoskeletal:**
No skeletal tenderness or deformity.

1470566  POLLARD, CHARLES  ███████        3/4

**Pollard MR - 000030**

**Extremities:**
Dorsalis pedis pulses: normal.
Posterior tibial pulses: normal.
No edema is present.
No calf tenderness. Varicosities are absent Homan's Sign negative.
**Neurological:**
Alert and oriented X 3. Grossly normal intellect.
Balance & Gait:  Balance and gait intact.

Consultation
**Procedure/Test Requested:** Evaluation of Right back herniation

**Specialty Service Requested:**  General surgery

Assessment/ Plan
**Hypertension, benign essential** (401.1), Stable.

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Mobic | 7.5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Lipitor | 80 Mg | 1 PO HS | 07/02/2019 | 11/02/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Zetia | 10 Mg | | 07/02/2019 | 11/02/2019 |
| Hydrocil Instant | | use 1 packet BID | 07/02/2019 | 11/02/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 07/02/2019 | 11/02/2019 |
| Metformin Hcl | 500 Mg | 1 PO BID | 07/02/2019 | 11/02/2019 |
| Mobic | 7.5 Mg | Tab 1 PO QD | 06/19/2019 | 07/02/2019 |
| Zetia | 10 Mg | | 03/03/2019 | 07/02/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 03/03/2019 | 07/02/2019 |
| Lipitor | 80 Mg | 1 PO HS | 03/03/2019 | 07/02/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 03/03/2019 | 07/02/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 03/03/2019 | 07/02/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 03/03/2019 | 07/02/2019 |
| Hydrocil Instant | | use 1 packet BID | 03/03/2019 | 07/02/2019 |

**Provider: Motunrayo  Adegorusi, NP**

**Document generated by: Motunrayo O. Adegorusi, NP 07/02/2019 4:29 PM**

**Pollard MR - 000031**

## OFFICE OF INMATE HEALTH SERVICES

**SITE:** JCI
**COMPLETED BY:** Bernard Alenda, NP    08/14/2019 8:13 PM

---

| | |
|---|---|
| **PATIENT:** | CHARLES POLLARD |
| **DATE OF BIRTH:** | ███████ |
| **DATE:** | 08/14/2019 8:13 PM |
| **VISIT TYPE:** | Provider Sick Call |

---

### Reason(s) for visit
**1. Diabetes.**  60 y.o.  AAM inmate newly diagnosed with DM type II  is seen for sick call c/o chest discomfort after he takes Metformin . He goes on to say that he does not get fingerstick ever since he was started on Metformin following his diagnosis.
　　ASS/PLAN: Newly diagnosed diabetic
　　-Inmate educated on the condition and its management strategies with diet, exercise and medications.
　　-Will request daily finger stick
　　-Follow up with CC for HgA1c every 90 days.

### Chronic Problems
Hyperlipidemia NEC/NOS
Hypertension, benign essential

### Allergies:
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.
### Review of Systems
**Constitutional:**  No fever, fatigue, or night sweats.

**Respiratory:**  No cough, no audible wheeze, respirations are regular.

**Cardiovascular:**  No chest pain or palpitations.

**Gastrointestinal:**  No vomiting, diarrhea, constipation, or pain.

**Male Reproductive:**  No penile discharge.

**Metabolic/Endocrine:**
Comments:  Newly diagnosed diabetic.

**Neuro/Psychiatric:**  No dizziness, no emotional disturbances.

**Musculoskeletal:**  No bone/joint pain or swelling.  No weakness.

### Vital Signs
| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 8:14 PM | | 76.0 | carried forward | 235.0 | | | 28.60 |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 8:14 PM | 97.8 | | 126/91 | sitting | | | | 67 | |

1470566 POLLARD, CHARLES    ███████    1/2

**Pollard MR - 000032**

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|------|------|---------|------------|--------|----------|--------|--------|
| 8:14 PM | 18 | 96 | | | | | |

**Physical exam**
**Constitutional:** No apparent distress.  Well nourished and well developed.
**Respiratory:** Normal to inspection.  Lungs clear to auscultation and percussion.
**Cardiovascular:** Regular rhythm.  No murmurs, gallops, or rubs.
**Musculoskeletal:** Normal musculature.  No skeletal tenderness or joint deformity.
**Extremities:** Extremities appear normal.  No edema or cyanosis.
**Neurological:** Alert and oriented.

**Assessment/ Plan**
**Diabetes Mellitus** (250), Current (Active).

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|------------|------|-----------|------------|-----------|
| Fingerstix | | FS daily | 08/14/2019 | 11/14/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Mobic | 7.5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Lipitor | 80 Mg | 1 PO HS | 07/02/2019 | 11/02/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Zetia | 10 Mg | | 07/02/2019 | 11/02/2019 |
| Hydrocil Instant | | use 1 packet BID | 07/02/2019 | 11/02/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 07/02/2019 | 11/02/2019 |
| Metformin Hcl | 500 Mg | 1 PO BID | 07/02/2019 | 11/02/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|--------|-------|--------|----------------|-------|
| completed | Continue current medication | | | |
| completed | Patient education provided and patient voiced understanding | | | |
| completed | Patient was reassured | | | |
| completed | Start fingerstck daily | | | |

**Provider: Bernard  Alenda, NP**

**Document generated by: Bernard Alenda, NP 08/14/2019 8:32 PM**

# OFFICE OF INMATE HEALTH SERVICES

**SITE: JCI**
**COMPLETED BY: Electa A. Awanga, NP   10/04/2019 5:15 PM**

PATIENT:            CHARLES POLLARD
DATE OF BIRTH:     ███████████
DATE:              10/04/2019 5:15 PM
VISIT TYPE:        Provider Sick Call

**Reason(s) for visit**
1. **Follow UP on Consult:**  60 y/o male was seen in medical today following up about his visit with doctor Hannah. Pt reports that he was seen by doctor Hannah in house and he was told that a consult will be made for him to go out. Per EPHR, visit of 7/2/19, addendum from doctor Hannah attached, with recommendation for follow up at UMMS due to complexity  for possible surgery.

**Chronic Problems**
Hyperlipidemia NEC/NOS
Hypertension, benign essential

**Allergies:**
| Allergen/Ingredient | Brand | Reaction: |
|---|---|---|
| Penicillins | | |

The patient is a non-smoker.
**Review of Systems**
**Constitutional:**  No fever, fatigue, or night sweats.

**Respiratory:**  No cough, no audible wheeze, respirations are regular.

**Cardiovascular:**  No chest pain or palpitations.

**Neuro/Psychiatric:**  No dizziness, no emotional disturbances.

**Vital Signs**

| Time | Ht Ft | Ht In | HeightMethod | Wt Lb | Wt Kg | Weight Context | BMI |
|---|---|---|---|---|---|---|---|
| 5:29 PM | | | | 236.0 | | | |

| Time | Temp | Route | BP | Position | Site | Method | Cuff | Pulse | Pattern |
|---|---|---|---|---|---|---|---|---|---|
| 5:29 PM | 98.3 | | 128/80 | | | | | 76 | |

| Time | Resp | PulseOx | PulseOxAmb | Timing | PeakFlow | Timing | Method |
|---|---|---|---|---|---|---|---|
| 5:29 PM | 20 | 96 | | | | | |

**Physical exam**
**Constitutional:**  No apparent distress.  Well nourished and well developed.
**Respiratory:**
Chest can be described as symmetric.  Lungs clear to auscultation.  Normal palpation.  Lungs clear to percussion. There is no chest wall tenderness.  There is no cough.  Respiratory effort is normal.

**Cardiovascular:**

1470566  POLLARD, CHARLES   ███████      1/2

**Pollard MR - 000034**

Palpation | Percussion:  PMI normal.
Heart Sounds:  NL S1
Extra Sounds:  None.
Murmurs:  None.
Rate and Rhythm:  Heart rate is regular rate.  Rhythm is regular.
JVD absent. Extremities are normal.
**Neurological:**
Alert and oriented X 3. Grossly normal intellect.
Memory:  Intact.
Balance & Gait:  Balance and gait intact.
Coordination:  Coordination intact.

Consultation
**Procedure/Test Requested:** Right Back Hernia

**Specialty Service Requested:**  General Surgery

**Initial Visit or F/U?**  Initial Visit
**Assessment/ Plan**
**Hernia, site NOS w/o obst/gngr (553.9), Stable.**

**Medications new, active or stopped this visit:**

| Brand Name | Dose | Sig Codes | Start Date | Stop Date |
|---|---|---|---|---|
| Fingerstix | | FS daily | 08/14/2019 | 11/14/2019 |
| Norvasc | 5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Ecotrin | 81 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Mobic | 7.5 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Lipitor | 80 Mg | 1 PO HS | 07/02/2019 | 11/02/2019 |
| Maxzide | 75 Mg-50 Mg | Tab 1 PO QD | 07/02/2019 | 11/02/2019 |
| Zetia | 10 Mg | | 07/02/2019 | 11/02/2019 |
| Hydrocil Instant | | use 1 packet BID | 07/02/2019 | 11/02/2019 |
| Motrin | 800 Mg | 1 PO TID/PRN | 07/02/2019 | 11/02/2019 |
| Metformin Hcl | 500 Mg | 1 PO BID | 07/02/2019 | 11/02/2019 |

**Office Services**

| Status | Order | Reason | Interpretation | Value |
|---|---|---|---|---|
| completed | Follow exercise program | | | |
| completed | Increase fluid intake | | | |
| completed | Patient education provided and patient voiced understanding | | | |
| completed | Patient was reassured | | | |

**To be scheduled/ordered**

| Status | Order | Reason | Assessment | Timeframe | Appointment |
|---|---|---|---|---|---|
| completed | Follow up if condition worsens or no improvement within 7 days 10/04/2019 | | | | 553.9 |

**Provider: Electa  Awanga, NP**

**Document generated by: Electa A. Awanga, NP 10/04/2019 5:57 PM**

1470566  POLLARD, CHARLES          2/2

**Pollard MR - 000035**