# CORIZON

### HEALTH℠

Referral Form

| UMMD Referral - No InterQual Criteria Available | YES |
|---|---|

**Pollard MR - 000644**

# CORIZON
## HEALTH℠

Referral Form

| Referral | | | |
|---|---|---|---|
| **Reference #:** 00935772 | **Status:** COMPLETE | **Created By:** lmcnamee | Asigned To |

| Patient | | | |
|---|---|---|---|
| **Patient:** POLLARD, CHARLES | **Inmate #:** 1470566MR | **DOB:** ███████ | **Sex:** M |

| Facility | | |
|---|---|---|
| **Client:** MARYLAND DPSCS | **Facility:** JESSUP CORRECTIONAL INSTITUTN | **Cost Center:** 91211 |

| Other Coverage | | | |
|---|---|---|---|
| **Corizon Responsible:** Y | **Other Coverage:** N | **Other Coverage Type:** | **Effective Date:** |
| Comments | | | |

| Medical Categories | |
|---|---|
| **Medical Classification:** Outpatient Procedure | **Subcategory:** Musculoskeletal |

| Reason for Referral |
|---|
| Operative repair of lumbar hernia |

| Diagnosis | | |
|---|---|---|
| M51.06 | Intervertebral disc disorders with myelopathy, lumbar region | PRINCIPAL |

| Authorizaiton Details | |
|---|---|
| **Referred From:** ALENDA, BERNARD | **Referred To:** |
| **# of Appts:** 1 | **Urgent:** N | **Urgent Reason:** |

| Authorization Services | | | |
|---|---|---|---|
| Service Category | Seen Date | Approval | Units |
| CPT; SURGERY; DIGESTIVE SYSTEM | 5/19/2021 | Y | 1 |

| Appointments & Verification | | | |
|---|---|---|---|
| Scheduled Date | Time | Seen Date | Cancel/Reschedule Reason |
| 5/19/2021 | 8:30 AM | 5/19/2021 | |

| Clinical Notes |
|---|
| **CORIZONHEALTH\RHesemann - Apr 7, 2021 5:35 PM**<br>Approval to site |
| **CORIZONHEALTH\MBartels - Apr 7, 2021 4:56 PM**<br>Approve |
| **CORIZONHEALTH\mdubrawsky - Apr 7, 2021 3:23 PM**<br>Request for operative repair of lumbar hernia reviewed.<br>No IQ criteria specific to request.<br>Submitted to UMMD for review. |

**Pollard MR - 000645**

# CORIZON
## HEALTH℠

Referral Form

---

**lmcnamee - Apr 7, 2021 9:06 AM**
Patient: CHARLES POLLARD ID#: 241320 DOB: ███████

Off-site Reference #:
Routine Date of Request: 04/06/2021 2:14 PM
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

_____

Procedure/Test Requested: Operative repair of lumbar hernia

Specialty Service Requested: Surgery

Provider: UMMC

Presumed Diagnosis:
Hernia, site NEC w/obst w/o gngr 552.8

Signs & Symptoms: Date of Onset:
61 y.o. AAM inmate was at UMMC on 4/5/21 for evaluation of symptomatic recurrent lumbar hernia by Dr. Stephen Kavic. In 2010 he was diagnosed with lumbar hernia and had repair of lumbar hernia at Bon Secours Hospital. In 2013 he started having severe back pain in the lower back and developed a swelling > 5cm on the right border of the lumbar spine over the old surgical scar. Dr. Kavic recommends operative repair, which can be performed in open fashion.
Please schedule procedure as soon as it is feasible.

Site Medical Provider: Bernard Alenda, NP 04/06/2021

Copy this form and paste in an email and send form to designated reviewer

_____

(For UM use only)

Criteria Source: M & R      Interqual      Other
Criteria met:  Yes      No      Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:
_____

UM Review #:
Reviewer Name:
Date Reviewed:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.

---

| Interqual Notes |
|---|
| **CORIZONHEALTH\mdubrawsky - Apr 7, 2021 3:23 PM**<br>No IQ criteria specific to request. |

---

| Documents | | |
|---|---|---|
| **File** | **Description** | **Uploaded By** |

**Pollard MR - 000646**

# CORIZON
### HEALTH℠

Referral Form

| Pollard,Charles UMMS General Surgery 4.5.21.pdf | Charles Pollard | CORIZONHEALTH\lmcnamee on Apr 7, 2021 9:08 AM |
|---|---|---|

| Attributes | |
|---|---|
| UMMD Referral - No InterQual Criteria Available | YES |

**Pollard MR - 000647**

# CORIZON
## HEALTH℠
Referral Form

| Referral | | | |
|---|---|---|---|
| **Reference #:** 00946945 | **Status:** COMPLETE | **Created By:** lmcnamee | Asigned To |

| Patient | | | |
|---|---|---|---|
| **Patient:** POLLARD, CHARLES | **Inmate #:** 1470566MR | **DOB:** ▮▮▮ | **Sex:** M |

| Facility | | |
|---|---|---|
| **Client:** MARYLAND DPSCS | **Facility:** JESSUP CORRECTIONAL INSTITUTN | **Cost Center:** 91211 |

| Other Coverage | | | |
|---|---|---|---|
| **Corizon Responsible:** Y | **Other Coverage:** N | **Other Coverage Type:** | **Effective Date:** |
| Comments | | | |

| Medical Categories | |
|---|---|
| **Medical Classification:** Office Visit | **Subcategory:** General Surgery |

| Reason for Referral |
|---|
| POST OP visit |

| Diagnosis | | |
|---|---|---|
| M51.06 | Intervertebral disc disorders with myelopathy, lumbar region | PRINCIPAL |

| Authorizaiton Details | |
|---|---|
| **Referred From:** KIABAYAN, HAMID | **Referred To:** |
| **# of Appts:** 1 | **Urgent:** N | **Urgent Reason:** |

| Authorization Services | | | |
|---|---|---|---|
| Service Category | Seen Date | Approval | Units |
| CPT; EVALUATION AND MANAGEMENT; OFFICE OR OTHER OUTPATIENT SERVICES | 6/21/2021 | Y | 1 |

| Appointments & Verification | | | |
|---|---|---|---|
| Scheduled Date | Time | Seen Date | Cancel/Reschedule Reason |
| 6/21/2021 | 12:40 PM | 6/21/2021 | |

| Clinical Notes |
|---|
| **CORIZONHEALTH\lmcnamee - Jun 3, 2021 11:22 AM**<br>Email sent to Jazymn Bess for scheduling at UMMS |
| **CORIZONHEALTH\mdubrawsky - Jun 3, 2021 9:13 AM**<br>Request for first post-op follow-up reviewed and approved via abbreviated review.<br>No IQ required.<br>Sent to site. |

**Pollard MR - 000648**

# CORIZON
## HEALTH℠

Referral Form

---

**lmcnamee - Jun 3, 2021 6:54 AM**
Patient: CHARLES POLLARD ID#: 241320 DOB: ███████

Off-site Reference #:
Date of Request: 06/02/2021 10:54 AM
3rd Party Insurance: (VA, Workmen's Comp, Federal, Interstate Compact, etc.):
Maryland DPSCS

For security reasons, inmates must NOT be informed of date, time or location of proposed treatment or possible hospitalization. Authorization and payment is provided ONLY for requested procedures or treatments of life-threatening conditions. Prior review/discussion with Medical Director is required for additional treatment, procedures and hospitalizations.

_____

Procedure/Test Requested: POST OP visit

Specialty Service Requested: Dr. Kavic

Signs & Symptoms: Date of Onset:
62 YO AAM with PMH of Lumbar hernia s/p repair in 2013, chronic low back pain, T2DM none insulin depended, HTN and dyslipidemia recently on 5/19/2021 had an open repair of lumbar hernia in UMMC by Dr. Kavic. His procedure was without complication and very smooth recovery. He surgical wound healing is uneventful. He need post OP follow up appointment with Dr. Kavic in 8-10 week

Site Medical Provider: Hamid Kiabayan, MD 06/02/2021

Copy this form and paste in an email and send form to designated reviewer

_____

(For UM use only)

Criteria Source:  M & R        Interqual        Other
Criteria met:  Yes        No        Deferred

Reviewer comments:

Recommendation for visit appointment:

# Visits:

_____

UM Review #:
Reviewer Name:
Date Reviewed:

Note: Notify physician or midlevel practitioner immediately if unable to obtain appointment within 4 weeks. If service is not completed within 4 weeks, have patient re-evaluated by physician or midlevel practitioner to determine if service is still necessary and appropriate.

Hamid Kiabayan M.D.
Internal Medicine
hamid.kiabayan@corizonhealth.com
Jessup Correctional Institution
7800 House of Corrections Road
Jessup, MD  20794

---

| Interqual Notes |
| --- |
| **CORIZONHEALTH\mdubrawsky - Jun 3, 2021 9:13 AM**<br>No IQ required. |

---

| Documents | | |
| --- | --- | --- |
| File | Description | Uploaded By |

**Pollard MR - 000649**

# CORIZON
## HEALTH℠

Referral Form

| Po;;ard,Charles 5.19.21 UMMS General Surgery.pdf | Charles Pollard | CORIZONHEALTH\lmcnamee on Jun 3, 2021 6:55 AM |
|---|---|---|

| Attributes | |
|---|---|
| Abbreviated Review | YES |

**Pollard MR - 000650**

UMMS-RPS02                          10/28/2019 11:31:34

UNIVERSITY OF MARYLAND MEDICAL CENTER
22 South Greene St.
Baltimore MD 21201

Pollard, Charles L
MRN: 0001232796, DOB: ▮▮▮▮ Sex: M
Visit date: 10/21/2019

### 10/21/2019 - Office Visit in UMM Digestive Health UM Medical Ctr

Clinical Notes

Progress Notes

Stephen M. Kavic, MD at 10/21/2019 10:00 AM

## SUBJECTIVE

Charles L Pollard is a 60 y.o. male.

No chief complaint on file.

HPI

Mr. Pollard is a 60 year old man who is referred with a recurrent lumbar hernia.

He developed a bulge in the posterior right back in 2010, but was minimally symptomatic until 2013. He underwent open repair, but immediately noted a recurrent bulge. The patient has noticed the bulge for the past six, but it recently has become more painful. The pain is dull, moderate intensity, well-localized, non-radiating, and associated with abdominal strain. It is partially alleviated by rest, and not associated with meals.

There have been no signs or symptoms of obstruction, such as nausea or vomiting. There are no systemic signs or symptoms such as fever or chills.

Review of Systems
Constitutional: Negative for diaphoresis, fatigue and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative.
Gastrointestinal: Negative for abdominal pain, constipation, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain.
Skin: Negative.
Allergic/Immunologic: Negative.
Neurological: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.

## OBJECTIVE

BP (!) 134/89 (Site: Arm - Right, Position: Sitting, Cuff Size: Adult - Regular) | Pulse 68 | Temp 36.6 °C (97.8 °F) (Oral) | Resp 16 | Ht 6' 4" (1.93 m) | Wt 237 lb (107.5 kg) | SpO2 100% | BMI 28.85 kg/m²

Physical Exam
Constitutional: He is oriented to person, place, and time. No distress.
HENT:
Head: Normocephalic and atraumatic.
Eyes: Pupils are equal, round, and reactive to light. Conjunctivae and EOM are normal.
Neck: Normal range of motion. Neck supple. No JVD present. No thyromegaly present.

Printed on 10/28/19 11:31 AM

Page 1

DOC #241320

UNIVERSITY OF MARYLAND MEDICAL CENTER
22 South Greene St.
Baltimore MD 21201

Pollard, Charles L
MRN: 0001232796, DOB:          Sex: M
Visit date: 10/21/2019

**10/21/2019 - Office Visit in UMM Digestive Health UM Medical Ctr (continued)**

Clinical Notes (continued)

Cardiovascular: Normal rate and normal heart sounds.
No murmur heard.
Pulmonary/Chest: Effort normal and breath sounds normal. No respiratory distress. He has no wheezes.
Abdominal: Soft. Bowel sounds are normal. He exhibits no distension and no mass. There is no tenderness.
Musculoskeletal: Normal range of motion. He exhibits no edema.
Neurological: He is alert and oriented to person, place, and time.
Skin: Skin is warm and dry. No erythema.



1. 5x6cm reducible hernia

Vitals reviewed.

### ASSESSMENT/PLAN

Diagnoses and all orders for this visit:

**Lumbar hernia**

In summary, Mr. Pollard is a 60 year old man presenting with a symptomatic, recurrent lumbar hernia. I recommend operative repair, which can be performed in open fashion. I have addressed the risks, benefits, and alternatives, and the patient understands and is eager to proceed. Specific risks include bleeding, infection, visceral injury, and the possibility of hernia recurrence. We will schedule the procedure at the patient's earliest convenience.

Electronically signed by Stephen M. Kavic, MD at 10/21/19 1148

Name: POLLARD, CHARLES                    DOB:                    **Pollard MR - 000652**          Date: 11/06/2019

04/08/2021   10:53 UMMC General Surgery                              (FAX)410 328 5919        P.002/009

Pollard, Charles L (MRN 0001232796) DOB:                          Encounter Date: 04/05/2021

# Pollard, Charles L                                              MRN: 0001232796

**Office Visit** 4/5/2021              Provider: Stephen M. Kavic, MD (General Surgery)
UMM Digestive Health UM               Primary diagnosis: Lumbar hernia
Medical Ctr                           Reason for Visit: Procedure (Specify); Referred by Bernard Alenda, CRNP

## Progress Notes                              Stephen M. Kavic, MD (Physician) • General Surgery

**SUBJECTIVE**

Charles L Pollard is a 61 y.o. male.

Patient presents with:
Procedure (Specify): Lumbar hernia

HPI

Mr. Pollard is a 61 year old man who returns with a recurrent lumbar hernia. I saw him in 2019.

He developed a bulge in the posterior right back in 2010, but was minimally symptomatic until
2013. He underwent open repair, but immediately noted a recurrent bulge. The patient has
noticed the bulge for the past six, but it recently has become more painful. The pain
is dull, moderate intensity, well-localized, non-radiating, and associated with abdominal strain. It
is partially alleviated by rest, and not associated with meals.

There have been no signs or symptoms of obstruction, such as nausea or vomiting. There are
no systemic signs or symptoms such as fever or chills.


Review of Systems
Constitutional: Negative for diaphoresis, fatigue and fever.
HENT: Negative.
Eyes: Negative.
Respiratory: Negative for cough, shortness of breath and wheezing.
Cardiovascular: Negative.
Gastrointestinal: Negative for abdominal pain, constipation, nausea and vomiting.
Endocrine: Negative.
Genitourinary: Negative.
Musculoskeletal: Positive for back pain and gait problem.
Skin: Negative.
Allergic/Immunologic: Negative.
Hematological: Negative.
Psychiatric/Behavioral: Negative.


**OBJECTIVE**

Printed by Lynn Miller, RN at 4/7/21 9:57 AM                              Page 1 of 4

Name: POLLARD, CHARLES            DOB:               **Pollard MR - 000653** e: 04/05/2021

04/08/2021   10:53 UMMC General Surgery                                    (FAX)410 328 5949      P.003/009

Pollard, Charles L (MRN 0001232796) DOB:                    Encounter Date: 04/05/2021

BP (!) 149/84 (Site: Arm - Right, Position: Sitting, Cuff Size: Adult - Regular) | Pulse 81 | Temp
37.1 °C (98.7 °F) (Temporal) | Resp 18 | Ht 6' 4" (1.93 m) | Wt 237 lb (107.5 kg) | SpO2
98% | BMI 28.85 kg/m²

**Physical Exam**
Constitutional:
  General: He is not in acute distress.
HENT:
  Head: Normocephalic and atraumatic.
Eyes:
  Conjunctiva/sclera: Conjunctivae normal.
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Thyroid: No thyromegaly.
  Vascular: No JVD.
Cardiovascular:
  Rate and Rhythm: Normal rate.
  Heart sounds: Normal heart sounds. No murmur.
Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing.
Abdominal:
  General: Bowel sounds are normal. There is no distension.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness.
Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Normal range of motion and neck supple.
Skin:
  General: Skin is warm and dry.
  Findings: No erythema.



1: Scro reducible hernia, locally tender.
Neurological:

Printed by Lynn Miller, RN at 4/7/21 9:57 AM                    Page 2 of 4

Pollard, Charles L (MRN 0001232796) DOB:                    Encounter Date: 04/05/2021

Mental Status: He is alert and oriented to person, place, and time.

**ASSESSMENT/PLAN**

Diagnoses and all orders for this visit:

**Lumbar hernia**

In summary, Charles L Pollard is a 61 y.o. year old male presenting with a symptomatic
recurrent lumbar hernia. I recommend operative repair, which can be performed in open
fashion. I have addressed the risks, benefits, and alternatives, and the patient understands and
is eager to proceed. Specific risks include bleeding, infection, and the possibility of hernia
recurrence. We will schedule the procedure at the patient's earliest convenience.

## Instructions

### General Surgery office

Main number 410 328 6187

### Digestive Health Center

Phone: 410 328 2877
Fax: 410 328 2711

After Visit Summary (Printed 4/5/2021)

## Additional Documentation

| Vitals: | BP 149/84 ! (Abnormal) (Site: Arm - Right, Position: Sitting, Cuff Size: Adult - Regular) |
| | Pulse 81 Temp 37.1 °C (98.7 °F) (Temporal) Resp 18 Ht 6' 4" (1.93 m) |
| | Wt 237 lb (107.5 kg) SpO2 98% BMI 28.85 kg/m² BSA 2.4 m² |
| | Pain Sc Nine (Loc: Back) (Edu: Yes) |
| Flowsheets: | Infectious Disease Screening, RISK SCREENING, Anthropometrics |
| SmartForms: | UMMS FACILITY TIME |
| Encounter Info: | Billing Info, History, Allergies, Detailed Report |

## Orders Placed

None

## Medication Changes
As of 4/5/2021 2:11 PM

None

## Visit Diagnoses

Lumbar hernia K45.8

Printed by Lynn Miller, RN at 4/7/21 9:57 AM                    Page 3 of 4

Pollard, Charles L (MRN 0001232796) DOB:                    Encounter Date: 04/05/2021

Name: POLLARD, CHARLES                    DOB:          **Pollard MR - 000656** Date: 04/05/2021

04/08/2021  10:54 UMMC General Surgery                     (FAX)410 328 5919        P.006/009

# General Surgery Posting Sheet

Patient's Full Name: POLLARD, Charles          Medical Record #: 1233796

Age: 61  Weight: 237  DO[redacted]  Sex: ☒ Male ☐ Female   History of Sleep Apnea:  Yes☐  No☒

Diagnosis: (ICD-9 Code) K45.8 Lumbar hernia

Allergies: ☐ Latex  ☐ Medication: Penicillin.                    ☐ Other:

Admit Type: ☐ SDS  ☐ SDA  ☐ 23-hr   ☐ Inpatient: Unit_____ /Room #____   ☐ VA

History of Pacemaker/ICD: ☐ Yes  ☒ No   (If yes, include make and model (if available)_____

Presence of Implants (e.g., Corneal, etc.):   ☐ Yes  ☒ No   Implant: _____

Isolation Requirements: ☒ None  ☐ MRSA  ☐ VRE  ☐ ACB ☐ AFB

## Procedure and Surgeon Information

| Procedure: | Estimated Length of Procedure | Surgeon |
|---|---|---|
| Open lumbar hernia repair | 1.5hr | S.Kovic |
| | | |
| ☐ Laparoscopic vs. Possible Open<br>☒ Open<br>☐ CPT code | | |
| Inmate | | |
| ☐ Laparoscopic vs. Possible Open<br>☐ Open<br>☐ CPT code | | |

Comments:  Ph: 410.540.6521                    PCP: Conzon Health
                                                    410.540.6521

Urgent ②

Date of Surgery:_____  Total Estimated Case Length:_____  Suite: _____

Surgeon Availability:  ☐ 1st Case  ☐ 2nd Case  ☐ 3rd Case  ☐ Other: _____

Anesthesia Type:  ☐ General  ☐ Regional  ☐ Local  ☐ Local w/sed  ☐ Other _____

Blood Products:  ☐ Yes ☐ No  ☐ T&C  ☐ T&S # of units (PRBC/whole/FFP)

Special Equipment Needs: _____

Post-Op Destination: MTC           Bed Request Made to Op Center  ☐ Yes  ☐ No



# UNIVERSITY of MARYLAND
## MEDICAL CENTER

29 South Greene Street
Baltimore, MD 21201
410-328-6187
410-328-5919 Fax

Date  _4·8·2021_

To whom it may concern:

_Mr. Charles Pollard_ _____ was seen for a surgical consult for

_open lumbar hernia repair_ _____

Please fax the following information:

| | |
|---|---|
| _____ Cardiac Clearance | _____ Hepatology Clearance |
| _____ Pulmonary Clearance | _____ Neurology Clearance |
| ✓ Medical Clearance | _____ Vascular Clearance |

_____ Other: _____

Please include all diagnostic studies / tests performed concerning the clearance requested. The patient will undergo general anesthesia for the above procedure and will be scheduled for surgery once clearance is received.

Please fax results and clearance letter to:

Attention:   **Lynn RN**
             **Nurse Coordinator**
             **410.328.3655**
             **Fax: 443.462.3258**

Please do not hesitate to contact the office with any questions or concerns. Thank you for participating in this patient's care.

---



UNIVERSITY of MARYLAND
SCHOOL OF MEDICINE

Andrea Bafford, MD                                              Richard Birkett, MD
Jonathan Pearl, MD                                             Stephen Kavic, MD
Douglas Turner, MD

DIVISION OF GENERAL AND ONCOLOGIC SURGERY
UNIVERSITY OF MARYLAND MEDICAL CENTER
22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201
PHONE: 410-328-6187    FAX: 410-328-5919
DEA REG. NO_____

NAME POLLARD, Charles ▮▮▮▮▮                    AGE 61yrs

ADDRESS 800 Maryland House of Corrections Rd  DATE 4·8·2021
                                          Jessup MD 20794

℞   Pre-operative Testing for Surgery:

History and Physical
CBC with Differential
Complete Metabolic Panel
PT / INR
EKG (if over 40 years of age)
Pregnancy Test (if applicable / of childbearing age)

PLEASE FAX RESULTS TO:  Gwen at 443-462-3258 (phone: 410-328-8263)

_____ MD
PHYSICIAN SIGNATURE

☐ REFILL ___Ø___ TIMES    Stephen M. Kovic M.D / M. lynn Miller BSN RN
                          PRINTED SIGNATURE



# UNIVERSITY of MARYLAND
## SCHOOL OF MEDICINE

Andrea Bafford, MD                                                Richard Birkett, MD
Jonathan Pearl, MD                                                Stephen Kavic, MD
Douglas Turner, MD

5/19/21

DIVISION OF GENERAL AND ONCOLOGIC SURGERY
UNIVERSITY OF MARYLAND MEDICAL CENTER
22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201
PHONE: 410-328-6187    FAX: 410-328-5919
DEA REG. NO_____

NAME POLLARD, Charles                                    AGE 61 yrs

ADDRESS 800 Maryland House of Corrections Rd; DATE 4-8-2021
Jessup MD 20794

℞ SARS CoV-2 (Covid-19) Qual,NAA
Nasal swab
PRE-OP Testing: Z01.818

Please fax results to 443.462.3258
Questions: 410.328.6187

_____ MD
PHYSICIAN SIGNATURE

☐
REFILL____0____, TIMES        Stephen M. Kavic, MD / M. Lynn Miller RN
PRINTED SIGNATURE

***Testing needs to be done within 96 hour surgery window with results
available the day prior to surgery.***

04/08/2021   10:54 UMMC General Surgery                                        (FAX)410 328 5919                P.009/009



# UNIVERSITY of MARYLAND
## SCHOOL OF MEDICINE

Andrea Bafford, MD                                           Richard Birkett, MD
Jonathan Pearl, MD                                           Stephen Kavic, MD
Douglas Turner, MD

DIVISION OF GENERAL AND ONCOLOGIC SURGERY
UNIVERSITY OF MARYLAND MEDICAL CENTER
22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201
PHONE: 410-328-6187     FAX: 410-328-5919
DEA REG. NO_____

NAME  POLLARD, Charles ▮▮▮▮▮▮▮▮▮▮              AGE  61yrs

ADDRESS  800 Maryland House of Corrections Rdj  DATE  4-8-2021
Jessup MD 20794

℞  SARS CoV-2 (Covid-19) Qual,NAA
   Nasal swab
   PRE-OP Testing: Z01.818

Please fax results to 443.462.3258
Questions: 410.328.6187

_____ MD
PHYSICIAN SIGNATURE

☐
REFILL____0____, TIMES     Stephen M. Kavic MD / M. Lynn Miller BSN RN
                            PRINTED SIGNATURE

***Testing needs to be done within 96 hour surgery window with results
available the day prior to surgery.***



# UNIVERSITY of MARYLAND
## SCHOOL OF MEDICINE

Andrea Bafford, MD
Jonathan Pearl, MD
Douglas Turner, MD

Richard Birkett, MD
Stephen Kavic, MD

24)320

DIVISION OF GENERAL AND ONCOLOGIC SURGERY
UNIVERSITY OF MARYLAND MEDICAL CENTER
22 SOUTH GREENE STREET, BALTIMORE, MARYLAND 21201
PHONE: 410-328-6187     FAX: 410-328-5919

DEA REG. NO_____

**Surgery is on 5/19/21**

NAME POLLARD, Charles ▮▮▮▮▮▮  AGE 61yrs

ADDRESS 800 Maryland House of Corrections Rd  DATE 4-8-2021
Jessup MD 20794

**Rx**  Pre-operative Testing for Surgery:

History and Physical
CBC with Differential
Complete Metabolic Panel
PT / INR
EKG (if over 40 years of age)
Pregnancy Test (if applicable / of childbearing age)

PLEASE FAX RESULTS TO: Gwen at 443-462-3258 (phone: 410-328-8263)

_____ MD
PHYSICIAN SIGNATURE

☐ REFILL _∅_ , TIMES

Stephen M. Kovic M.D / M. Lynn Miller BSN RN
PRINTED SIGNATURE

**Name: Pollard, Charles L**
MRN: **M01051120**
DOB:
Facility: UMMC MIDTOWN CAMPUS

Page 1 of 2
Adm Date: 05/19/21
DC Date: 05/19/21

**Operative Note signed by Stephen M. Kavic, MD at 05/20/21 1236**

Author: Stephen M. Kavic, MD          Service: General Surgery          Author Type: Physician
Filed: 05/20/21 1236                  Date of Service: 05/19/21 1200     Status: Signed
Editor: Stephen M. Kavic, MD (Physician)

OPERATIVE REPORT

PATIENT NAME: POLLARD, CHARLES L.
MRN: M01051120
DATE OF BIRTH:
CSN: 5065110582
DATE OF ADMISSION: 05/19/2021

DATE OF SURGERY: 05/19/2021

PREOPERATIVE DIAGNOSIS:
Lumbar hernia.

POSTOPERATIVE DIAGNOSIS:
Lumbar hernia.

PROCEDURE:
Open repair of lumbar hernia.

SURGEON:
Stephen M. Kavic, M.D.

ASSISTANT:
Catherine Calvert, M.D.

ANESTHESIA:
General endotracheal.

PREPARATION:
ChloraPrep.

ESTIMATED BLOOD LOSS:
Minimal.

INDICATIONS:
The patient is a 62-year-old man presenting with signs and symptoms of a symptomatic recurrent lumbar hernia.

DESCRIPTION OF PROCEDURE:
The patient was brought to the operating theater and placed supine on the operating table. After induction of general anesthesia, he was positioned in lateral decubitus position with the right side up. The patient's back was prepped and draped in standard sterile fashion and the patient's previous incision was reopened to a distance of 3 cm followed by vertical extension of an additional 3 cm. This was located over the primary bulge. Dissection around the subcutaneous tissues revealed the herniated fat contents. This was reduced through a defect that was approximately 3 x 3 cm. The musculofascial layers around the hernia defect were then reapproximated using 0 Ethibond suture. A total of 5 sutures were used. Once these were tied, I opted to perform a mesh repair by using a 15 x 10 cm piece of uncoated polyester mesh. This was cut in half and placed overlying the defect. It was secured to the fascia using interrupted 2-0 Prolene. Once this was

*Kavy*
6/02/21

TRF1                         5/20/2021 12:42:30 PM   PAGE    3/000

Name: Pollard, Charles L                                    Page 2 of 2
MRN: M01051120                                              Adm Date: 05/19/21
DOB:                                                        DC Date: 05/19/21
Facility: UMMC MIDTOWN CAMPUS
**Operative Note signed by Stephen M. Kavic, MD at 05/20/21 1236  (continued)**

complete, the hernia was repaired with good effect, so the subcutaneous tissues were reapproximated using 3-0 Vicryl and the skin closed using 4-0 absorbable subcuticular stitch.  The skin was cleaned and sterile dressings were applied.  The patient tolerated the procedure well.  There were no intraoperative complications. The sponge, needle and instrument counts were reported to be correct at the end of the case and the patient was successfully extubated and transferred to recovery room in stable condition.  Please note that I was present and scrubbed for the entire procedure.

# AVS/DISCHARGE INSTRUCTIONS


UNIVERSITY *of* MARYLAND
MEDICAL CENTER
MIDTOWN CAMPUS

**Charles L. Pollard** Date of birth:
📅 5/19/2021  📍 MTC PERI OP  📍 University Of Maryland Medical Center Midtown Campus  📞 410-225-8000

## Instructions

**Talk with your provider about your medications**

❓ ASK how to take:
ezetimibe 10 MG tablet (ZETIA)

Review your updated medication list below.

## Information on File

📞 410-540-6304 (Home Phone)
410-540-6304 (Mobile)

JCI
🏠 800 MARYLAND HOUSE OF CORRECTIONS ROAD
JESSUP Maryland 20794

Preferred language: English
Date of birth:
Ethnicity: Not Hispanic or Latino
Race: Black or African American

## Your Latest Vitals

| | | | |
|---|---|---|---|
| ⊙ Blood Pressure<br>121/73 | BMI<br>30.19 | Weight<br>248 lb | Height<br>6' 4" |
| Temperature<br>(Tympanic)<br>97.3 °F | Pulse<br>63 | Respiration<br>11 | Oxygen Saturation<br>99% |
| BSA<br>2.46 m² | | | |

## Special Note About Your Blood Pressure

We documented your last blood pressure as **121/73**. One or more of your blood pressures measured during your stay was abnormal. This may be due to many conditions, including pain and stress. We strongly recommend you follow up as we discussed with your primary care physician for further evaluation of your blood pressure.

**Blood Pressure Measurements (last 72 hours)**

| Vital Sign | MIN | AVG | MAX |
|---|---|---|---|
| BP: Systolic | 121 | 124 | 127 |
| BP: Diastolic | 73 | 78.50 | 84 |

Special Note About Your Blood Pressure (continued)

## Why Do Some of My Diagnoses Also Say (HCC)?*

***HCC** stands for **Hierarchical Condition Category**. It refers to a system of medical coding used by insurance companies to determine patients' future medical needs. Some but not all medical diagnoses get this abbreviation attached.

## You are allergic to the following

| Allergen | Reactions |
| --- | --- |
| **Penicillins** | Not Noted |

## Immunizations

Immunizations from registries, colored red below, may not be present in the patient's chart and need to be manually reconciled.

**PFIZER COVID-19 VACCINE** 3/23/2021

## Diet/Activity/Dressing Change

**Discharge Diet**

   **Dietary Orders** (From admission, onward)
      None

Discharge Activity          No Strenuous Activity
Dressing                    See discharge instructions

## 🕮 For Medical Questions Directly Related to This Admission, You May Contact a Member of Your Treatment Team Listed Here:

| Provider | Role | Provider Team | Specialty | From | To | Primary office phone |
| --- | --- | --- | --- | --- | --- | --- |
| Stephen M. Kavic, MD | Attending Provider | — | Surg, Laparoscopic | 05/19/21 0904 | — | 410-328-6187 |

Charles L. Pollard (MRN: M01051120) • Printed at 5/19/21 12:29 PM

## Follow-Up Instructions

**Follow up with Stephen M. Kavic, MD in 3 week(s)**

22 S. Greene Street S4B09
Baltimore MD 21201
410-328-7592

# Medication List - Take as directed

ⓘ Store all medication in a safe and secure place- away from children and pets. Do not share medications. Use child safety caps as appropriate. Contact your local pharmacist for guidance on how to dispose of all unused medications safely.

## TAKE these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **amLODIPine** 5 MG tablet<br>Commonly known as: NORVASC<br>Take 5 mg by mouth daily. | | | | | |
| **aspirin** 81 MG tablet delayed release<br>Take 81 mg by mouth daily. | | | | | |
| **atorvastatin** 80 MG tablet<br>Commonly known as: LIPITOR<br>Take 80 mg by mouth daily. | | | | | |
| **baclofen** 20 MG tablet<br>Take 20 mg by mouth 2 times daily as needed. | | | | | |
| **ibuprofen** 800 mg tablet<br>Take 800 mg by mouth 2 times daily as needed. | | | | | |
| **metFORMIN** 500 MG tablet<br>Commonly known as: GLUCOPHAGE<br>Take 500 mg by mouth daily. | | | | | |
| **pregabalin** 200 MG capsule<br>Commonly known as: LYRICA<br>Take 200 mg by mouth 2 times daily. | | | | | |

## ASK your doctor about these medications

| | Morning | Afternoon | Evening | Bedtime | As Needed |
|---|---|---|---|---|---|
| **?** ASK  **ezetimibe** 10 MG tablet<br>Commonly known as: ZETIA<br>Take 10 mg by mouth daily. | | | | | |

## MyPortfolio Account Activation Instructions

Thank you for your interest in MyPortfolio, our Patient Portal.  Please follow the instructions below to securely access your online medical record.

## MyPortfolio Account Activation Instructions (continued)

### How Do I Sign Up?

1. In your internet browser, go to https://myportfolio.umm.edu or https://myportfolio.mpcp.com. If you have a QR Scanner app on your mobile device you can scan the QR code located under your access code.
2. If you scanned the QR code, skip this step and go to step # 3. If you are using your browser, click on the **Sign Up Now** link in the Sign In box. You will see the New Member Sign Up page.
3. Enter your MyPortfolio Access Code exactly as it appears below. You will not need to use this code after you've completed the sign-up process. If you do not sign up before the expiration date, you must request a new code.

   MyPortfolio Access Code: 6MRM7-W73N7
   Expires: 7/4/2021  1:11 PM



MyPortfolio QR Code:

4. Enter your Date of Birth (mm/dd/yyyy) as indicated and click **Submit**. You will be taken to the next sign-up page.
5. Create a MyPortfolio ID. This will be your MyPortfolio login ID, so think of one that is secure and easy to remember.
6. Create a MyPortfolio password. You can change your password at any time.
7. Enter your Password Reset Question and Answer. This can be used at a later time if you forget your password.
8. Enter your e-mail address. You will receive e-mail notification when new information is available in MyPortfolio.
9. All communications from MyPortfolio will be addressed as "DoNotReply@myportfolio.umm.edu". To guarantee future messages are not blocked, please add DoNotReply@myportfolio.umm.edu to your address book.
10. Click **Sign Up**. You can now view your medical record.

For questions or technical difficulties with MyPortfolio, contact the MyPortfolio Support Team toll-free at 844-281-8667 or via email at myportfoliosupport@umm.edu or myportfoliosupport@mpcp.com.

Your MyPortfolio account has the ability to share health information with third party apps that have developed connections with our software. These apps are not affiliated with the University of Maryland Medical System, but you can authorize your MyPortfolio account to share certain information with the apps. If you would like to share part of your health information with an app, just enter your MyPortfolio ID and password when prompted in the app. If the app has the ability to connect with our software, the app will have access only to the information you choose to share within your MyPortfolio account.

## MyPortfolio Sign-Up

Send messages to your doctor, view your test results, renew your prescriptions, schedule appointments, and more.

Go to **https://myportfolio.umm.edu/MyChart/**, click "Sign Up Now", and enter your personal activation code: **6MRM7-W73N7**. Activation code expires 7/4/2021.

Charles L. Pollard (MRN: M01051120) • Printed at 5/19/21 12:29 PM

Page 5 of 10  **Epic**

Name: POLLARD, CHARLES                    DOB:                    **Pollard MR - 000669** Date: 05/19/2021

# Instructions

**General Anesthesia**

**WHAT YOU NEED TO KNOW:**

You will feel tired and sleepy after anesthesia. It may take some time before you feel like you are back to normal. General anesthesia remains in your body for at least 24 hours.

**DISCHARGE INSTRUCTIONS:**

**Call 911 if:**

- You have trouble breathing.

- **You have any of the following signs of a heart attack:**

  ○ Squeezing, pressure, or pain in your chest

  ○ You **may** also have any of the following:

    ▪ Discomfort or pain in your back, neck, jaw, stomach, or arm

    ▪ Shortness of breath

    ▪ Nausea or vomiting

    ▪ Lightheadedness or a sudden cold sweat

- Your leg feels warm, tender, and painful. It may look swollen and red.

**Seek care immediately if:**

- You continue to have nausea and vomiting after 24 hours.

- Your pain is worse even after medicine.

**Contact your surgeon if:**

- You have a fever.

- You develop a rash, hives, itching, or swelling.

## Instructions (continued)

- Your incision is swollen, red, or draining pus or fluid.

- You have nausea, or you are vomiting.

- You cannot have a bowel movement.

- Your pain does not get better after taking pain medicine.

- You have questions or concerns about your condition or care.

**Medicines:** You **may** need any of the following:

- **Prescription pain medicine** may be given. Ask your healthcare provider how to take this medicine safely.

- **NSAIDs** , such as ibuprofen, help decrease swelling, pain, and fever. This medicine is available with or without a doctor's order. NSAIDs can cause stomach bleeding or kidney problems in certain people. If you take blood thinner medicine, **always** ask your healthcare provider if NSAIDs are safe for you. Always read the medicine label and follow directions.

- **Take your medicine as directed.** Contact your healthcare provider if you think your medicine is not helping or if you have side effects. Tell him or her if you are allergic to any medicine. Keep a list of the medicines, vitamins, and herbs you take. Include the amounts, and when and why you take them. Bring the list or the pill bottles to follow-up visits. Carry your medicine list with you in case of an emergency.

**Care for your wound as directed:** Carefully wash around your wound. It is okay to let soap and water run over your wound. **Do not** scrub your wound. Dry the area and put on new, clean bandages as directed. Change your bandages when they get wet or dirty. If you have strips of medical tape over your incision, allow them to fall off on their own. Do not get in a bathtub, swimming pool, or hot tub until your healthcare provider says it is okay.

**Self-care:**

- **Eat a variety of healthy foods.** Healthy foods include fruits, vegetables, whole-grain breads, low-fat dairy products, beans, lean meats, and fish. Healthy foods may help you heal faster. Ask if you need to be on a special diet.

- **Drink liquids as directed.** Liquids may prevent constipation and straining during a bowel movement. This will help prevent pressure on your incision, and another hernia from happening. Ask how much liquid to drink each day and which liquids are best for you.

## Instructions (continued)

- **Apply ice** on your incision for 15 to 20 minutes every hour or as directed. Use an ice pack, or put crushed ice in a plastic bag. Cover it with a towel. Ice helps prevent tissue damage and decreases swelling and pain.

- **Take deep breaths and cough** 10 times each hour. This will decrease your risk for a lung infection. Take a deep breath and hold it for as long as you can. Let the air out and then cough strongly. Deep breaths help open your airway. You may be given an incentive spirometer to help you take deep breaths. Put the plastic piece in your mouth and take a slow, deep breath, then let the air out and cough. Repeat these steps 10 times every hour. Press a pillow lightly against your incision when you cough. This may decrease pain or discomfort.

- **Wear a binder as directed.** Your healthcare provider may tell you to wear a binder over your incision. A binder is an elastic bandage that wraps around your abdomen and over your incision. It fits snug and helps decrease pain when you move or cough.

**Driving:** Do not drive for at least one week after surgery. Do not drive if you are taking prescription pain medication. Ask your healthcare provider when it is safe for you to drive.

**Activity:** Do not lift anything heavy until your healthcare provider says it is okay. This may put too much pressure on your incision and cause it to come apart. It may also increase your risk for another hernia. Do not play sports for 2 to 3 weeks. Ask your healthcare provider when you can return to work and your normal activities.

**Follow up with your healthcare provider as directed:** Write down your questions so you remember to ask them during your visits.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

· Instructions (continued)

- You have questions or concerns about your condition or care.

**The first 24 hours after general anesthesia:**

- **Rest as much as possible.** Have someone stay with you. If you have small children, have someone help to take care of them.

- **Drink plenty of liquids.** Do not drink alcohol. General anesthesia can cause you to become dehydrated. Alcohol can make dehydration worse.

- **Eat light meals and snacks.** This may help you manage nausea and vomiting.

- **Do not drive.** Do not operate mechanical or electrical equipment.

- **Do not make important decisions.** An example is signing legal documents.

© Copyright IBM Corporation 2021 Information is for End User's use only and may not be sold, redistributed or otherwise used for commercial purposes. All illustrations and images included in CareNotes® are the copyrighted property of A.D.A.M., Inc. or IBM Watson Health

The above information is an educational aid only. It is not intended as medical advice for individual conditions or treatments. Talk to your doctor, nurse or pharmacist before following any medical regimen to see if it is safe and effective for you.

## Discharge Instructions – Same Day Surgery

**Medications**
　**New prescriptions:**
　　Percocet, take 1-2 tablets, every 4-6 hours as needed for pain. × 3 days  Dr. Kavic/SSA, RN
　　Colace, 1 tablet, twice a day.
　You may resume all of your usual medications starting tomorrow.

**Diet**
　**Regular**
　　You may find that your taste and appetite is different from normal for the next 24-36 hours. This is a normal side effect of surgery and anesthesia. There are no medical restrictions on your eating.

**Activity**
　No heavy lifting. Do not lift anything over 20 pounds.
　Normal aerobic activity, such as walking, going up and down stairs, and light jogging may be resumed immediately.

**Hygiene**
　You may shower or bathe as you normally do, starting the day after surgery. Soap and water will not affect wound healing.
　Do not scrub the incisions vigorously.
　If you will be in prolonged sunlight, use sunblock on the incisions.

## Instructions (continued)

Your stitches are all on the inside, and dissolvable. You will not need to have anything removed, but you may feel the stitch as a small bump or knot just under the skin.

If there are any questions, the office answers 24/7:

### 410-328-6187

Follow up appointments may be scheduled at 410-328-7592. Office hours are every Monday, and we will expect to see you again in 2-3 weeks.**Ventral Hernia Repair**

### WHAT YOU NEED TO KNOW:

A ventral hernia repair is surgery to fix a ventral hernia. A ventral hernia may be repaired if the hernia is preventing blood flow to organs or blocking the intestines. It may be done laparoscopically or open. Laparoscopically means that your healthcare provider will use several small incisions to fix the hernia. In an open repair, your healthcare provider will make one incision to fix your hernia.

### DISCHARGE INSTRUCTIONS:

### Call 911 for any of the following:

- You feel lightheaded, short of breath, and have chest pain.

- You cough up blood.

- You have trouble breathing.

### Seek care immediately if:

- Your arm or leg feels warm, tender, and painful. It may look swollen and red.

- Blood soaks through your bandage.

- Your abdomen feels hard and looks bigger than usual.

- Your bowel movements are black, bloody, or tarry-looking.

### Contact your healthcare provider if:

- You have a fever above 101° F.

- You develop a skin rash, hives, or itching.

Charles L. Pollard (MRN: M01051120) • Printed at 5/19/21 12:29 PM