# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MARYLAND
# BALTIMORE DIVISION

| | |
|---|---|
| **CHARLES L. POLLARD,** | |
| Plaintiff, | |
| v. | **Civil Action No.: 1:23-CV-01481-PJM** |
| **GRACE MEDICAL CENTER,** *et al.* | |
| Defendants. | |

## ENTRY OF APPEARANCE

COMES NOW, Megan T. Mantzavinos of Marks, O'Neill, O'Brien, Doherty & Kelly, P.C., and hereby enters her appearance in this matter on behalf of Defendants Sara Johnson, RN, Ruth Campbell, PA, and Bruce Ford, P.A.

    **MARKS, O'NEILL, O'BRIEN, DOHERTY & KELLY, P.C.**

By: */s/ Megan T. Mantzavinos*
Megan T. Mantzavinos
Bar Number: 16416
mmantzavinos@moodklaw.com
600 Baltimore Avenue, #305
Towson, Maryland 21204
(410) 339-6880
(410) 339-6881 (Fax)
*Attorneys for Sara Johnson, RN, Ruth Campbell, PA, and Bruce Ford, PA*

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 9th day of February 2024, a copy of the foregoing document was electronically transmitted to this court and mailed first class, postage pre-paid to:

Charles L. Pollard
#241320
Jessup Correctional Institution
P. O. Box 534
Jessup, MD  20794
*Pro Se Plaintiff*

***Via ECF Filing Service***

Daniel R. Lanier
Miles and Stockbridge, PC
100 Light Street
Baltimore, MD  21202
*Attorney for Grace Medical Center*

Stephanie Judith Lane Weber
State of Maryland
Office of the Attorney General
200 Saint Paul Place
Baltimore, MD  21202
E-Mail:  slaneweber@oag.state.md.us
*Attorney for Warden Allen Gang and Warden C. Friday*

> /s/ *Megan T. Mantzavinos*
> Megan T. Mantzavinos